# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

GRETCHEN PATEL,

    **Plaintiff,**

  v.                                   **Civil Action 2:17-cv-78**
                                          **Judge Michael H. Watson**
                                          **Magistrate Judge Jolson**

AETNA, et al.,

    **Defendants.**

## **ORDER**

    Plaintiff, proceeding *pro se*, has filed a Motion to Compel a Monetary Settlement Offer. (Doc. 31). The Federal Rules of Civil Procedure do not permit the filing of such a Motion. Because this Court is without authority to order a party to produce a monetary settlement offer in this context, Plaintiff's Motion is **DENIED**.

    IT IS SO ORDERED.


Date: February 27, 2018                               /s/ Kimberly A. Jolson
                                                                KIMBERLY A. JOLSON
                                                                UNITED STATES MAGISTRATE JUDGE