# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**GRETCHEN PATEL,**

      **Plaintiff,**

      v.                             **Civil Action 2:17-cv-78**
                                      **Judge Michael H. Watson**
                                      **Magistrate Judge Jolson**

**AETNA, et al.,**

      **Defendants.**

## ORDER

On March 28, 2018, Defendant Aetna Life Insurance Company filed a Motion for Leave to File Exhibits Containing Protected Health Information under Seal (Doc. 34), and an Amended Motion for Leave to File Exhibits Containing Protected Health Information under Seal (Doc. 35). In light of filing of the Amended Motion, the original Motion is **DENIED** as **MOOT**. (Doc. 34).

In the Amended Motion, Defendant requests to leave to file a limited number of documents under seal. (*See* Doc. 35). These documents consist of seven completed Health Insurance Claim Form 1500s, also known as the "HCFA 1500" or "CMS 1500," that contain Plaintiff's mother's protected health information. (*Id*. at 1). The forms contain information protected by HIPAA, including Plaintiff's mother's diagnoses, providers, prescriptions, date of birth, and other personal health information. (*Id*. at 2). Additionally, Defendant states that "Plaintiff's mother is an innocent third party to this action and had no involvement in Plaintiff's fraudulent scheme." (*Id*.). Defendant has submitted the relevant documents to the Undersigned for review and has attempted to meet and confer with Plaintiff concerning the Amended Motion.

Upon review, the Court finds that Defendant's explanation both "demonstrates a compelling reason for filing under seal" and "meets the demanding requirements for a seal." *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 308 (6th Cir. 2016); *Blasi v. United Debt Servs., LLC*, No. 2:14-CV-83, 2016 WL 3765539, at *1 (S.D. Ohio July 14, 2016). Thus, Defendant's Amended Motion for Leave to File Exhibits Containing Protected Health Information under Seal is **GRANTED**. (Doc. 35).

IT IS SO ORDERED.

Date: March 30, 2018
/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE